

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-11-00096-CR**
**NO. 02-11-00097-CR**
**NO. 02-11-00098-CR**
**NO. 02-11-00099-CR**

JOSHUA AUSTIN RODRIGUEZ                                      APPELLANT

V.

THE STATE OF TEXAS                                              STATE

------------

FROM THE 432ND DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Joshua Austin Rodriguez appeals his four prison sentences imposed for engaging in organized criminal activity. We affirm.

Appellant pled guilty to five charges of engaging in organized criminal activity and elected to have a jury decide his punishment. The jury assessed

---

[1]*See* Tex. R. App. P. 47.4.

punishment at twenty-five years' confinement on four of the charges and recommended ten years' probation on the fifth.[2]   The trial court sentenced Appellant to twenty-five years' confinement for the four cases on appeal, to run concurrently.

Appellant's court-appointed appellate counsel has filed a motion to withdraw as counsel, accompanied by a brief in support of that motion.   In the brief, counsel states, that in his professional opinion these appeals are frivolous and without merit.   Counsel's brief and motion meet the requirements of *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967), by presenting a professional evaluation of the records demonstrating why there are no arguable grounds for relief.   We gave Appellant the opportunity to file a pro se response to the *Anders* brief, but he has not filed one.   The State also has not filed a brief.

Once an appellant's court-appointed attorney files a motion to withdraw on the grounds that an appeal is frivolous and fulfills the requirements of *Anders*, this court is obligated to undertake an independent examination of the record. *See Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991); *Mays v. State*, 904 S.W.2d 920, 922–23 (Tex. App.—Fort Worth 1995, no pet.).   Only then may we grant counsel's motion to withdraw.   *See Penson v. Ohio*, 488 U.S. 75, 82–83, 109 S. Ct. 346, 351 (1988).

---

[2]Appellant did not appeal the case in which he received a probated sentence.

We have carefully reviewed the records and counsel's brief. We agree with counsel that these appeals are wholly frivolous and without merit; we find nothing in the records that might arguably support the appeals. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005); *see also Meza v. State*, 206 S.W.3d 684, 685 n.6 (Tex. Crim. App. 2006). Accordingly, we grant counsel's motion to withdraw and affirm the trial court's judgments.

PER CURIAM

PANEL: GABRIEL, DAUPHINOT, and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: June 21, 2012